11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Frank Jimenez Aracardo,                    * From the 104th District
                                             Court of Taylor County,
                                             Trial Court No. 18921B.


Vs. No. 11-13-00331-CR                     * December 19, 2013


The State of Texas,                        * Per Curiam Memorandum Opinion
                                             (Panel consists of: Wright, C.J.,
                                             Willson, J., and Bailey, J.)


This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.